Anthony Paronich
anthony@paronichlaw.com
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Tel: (508) 221-1510
Fax: (508) 318-8100

[Additional Counsel Appear on Signature Page]

*Attorneys for Plaintiff and the Proposed Class*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EUGENE MANNACIO, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SOVEREIGN LENDING GROUP, INC.,<br><br>Defendant. | Case No. 3:21-cv-09193<br><br>Honorable Judge William Alsup<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TRANSFERRING CASE TO THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON**<br><br>Complaint Filed: November 29, 2021 |

Pursuant to 28 U.S.C. § 1404, Plaintiff Eugene Mannacio, ("Plaintiff") and Defendant Sovereign Lending Group, Inc. ("Defendant") (together with Plaintiff, the "Parties"), through their respective counsel, hereby submit this Joint Stipulation and [Proposed] Order to Transfer Venue to the United States District Court for the Western District of Washington.

The Parties, through their respective attorneys of record, agree and stipulate as follows:

On November 29, 2021, Plaintiff filed the Complaint in this action. ECF No. 1. By stipulation of the Parties, Defendant's deadline to respond to the Complaint was extended to February 18, 2022. ECF No. 18.

Defendant filed its Answer on February 18, 2022. ECF No. 24.

1   In addition to this lawsuit, another group of plaintiffs is pursuing a putative class action
2   lawsuit on behalf of consumers against Defendant in the Western District of Washington.
3   *Andrew DeVivo v. Sovereign Lending Group Inc.*, Case No. 3:22-cv-05254-RSM (W.D. Wash.).
4   On June 17, 2022, the Parties met and conferred regarding transfer of venue to the
5   Western District of Washington to be joined with the *DeVivo* matter and agreed that this transfer
6   is appropriate in the interests of justice and to conserve the resources of this Court.
7   In light of this agreement, the Parties request that the Case Management Order, ECF
8   No. 40, be vacated.
9   The Parties agree that neither party is prejudiced by the agreements set forth herein.
10  THEREOFRE, the Parties hereby stipulate and agree, subject to approval by this Court,
11  to transfer this case to the Western District of Washington.
12  IT IS SO STIPULATED.

Respectfully Submitted,

By:   */s/ Anthony Paronich*
      Anthony Paronich
      Email: anthony@paronichlaw.com
      PARONICH LAW, P.C.
      350 Lincoln Street, Suite 2400
      Hingham, MA 02043
      Telephone: (617) 485-0018
      Facsimile: (508) 318-8100

      Raina C. Borrelli *Admitted Pro Hac Vice*
      Email: raina@turkestrauss.com
      TURKE & STRAUSS LLP
      613 Williamson St., Suite 201
      Madison, WI 53703
      Tel: 608.237.1775
      Fax: 608.509.4423

By:  */s/ Esteban Morales*
Joshua Briones
Email: jbriones@mintz.com
Esteban Morales
Email: emorales@mintz.com
Cesar M. Dulanto
cmdulanto@mintz.com
MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO PC
2049 Century Park East, Suite 300
Los Angeles, CA 90067
Phone: (310) 586-3200

Attorneys for Defendant Sovereign Lending Group, Inc.

**CERTIFICATE OF SERVICE**

I, Anthony Paronich, hereby certify that on June 28, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification to all counsel of record.

DATED this 28th day of June, 2022.

>  */s/ Anthony Paronich*
> Anthony Paronich
> Email: anthony@paronichlaw.com
> PARONICH LAW, P.C.
> 350 Lincoln Street, Suite 2400
> Hingham, MA 02043
> Telephone: (617) 485-0018
> Facsimile: (508) 318-8100

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATE: _____                                      _____
                                                          Honorable William Alsup